IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAURA O'NEILL,

      Appellant,

                                    Case No.  5D22-315

v.                                    LT Case No. SP20-2847


JIM STAFFORD AND ECLIPSE FORENSICS,

      Appellees.

_____/

Decision filed October 18, 2022

Appeal from the County Court for
St. Johns County,
Lauren P. Blocker, Judge.

Maura  O'Neill,  Alexandria,  VA,  pro
se.

No Appearance for Appellees.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.